IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZO LIFE SCIENCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **C.A. No. 12-104-LPS** |
| | ) | |
| GEN-PROBE INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |
| ENZO LIFE SCIENCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **C.A. No. 12-105-LPS** |
| | ) | |
| LIFE TECHNOLOGIES CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| ENZO LIFE SCIENCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **C.A. No. 12-106-LPS** |
| | ) | |
| ROCHE MOLECULAR SYSTEMS INC. ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

Plaintiff Enzo Life Sciences Inc. ("Enzo") and defendants Gen-Probe Incorporated, Life Technologies Corporation, Roche Molecular Systems Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations Inc. (collectively, "Defendants") hereby jointly submit this Stipulation and Order to Extend Time and state as follows:

WHEREAS, the current deadline for defendants Gen-Probe Incorporated, Roche Molecular Systems Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., and

Life Technologies Corporation to move, answer, or otherwise respond to the Complaint is April 27, 2012;

WHEREAS, Defendants agree to answer the Complaint, and waive their right to move to transfer the action pursuant to 28 U.S.C. § 1404(a) or to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b), where such rights are waivable;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for all Defendants in the above-referenced matters to answer the Complaint is extended through and including June 20, 2012.

April 19, 2012

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
bfarnan@farnanlaw.com
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300

*Attorney for Plaintiff Enzo Life Sciences Inc.*

*/s/ Elizabeth R. He*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Elizabeth R. He (#5345)
he@rlf.com
Richards, Layton & Finger
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants Gen-Probe Incorporated, Roche Molecular Systems Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations Inc.*

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Karen Jacobs Louden (#2881)
klouden@mnat.com
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200

*Attorney for Defendant Life Technologies Corporation*

## ORDER GRANTING STIPULATION

IT IS HEREBY SO ORDERED on this _____ day of _____, 2012.

_____
United States District Judge