**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | **CIVIL ACTION NO. 12-274-LPS** |
| **PLAINTIFF,** | **JURY TRIAL DEMANDED** |
| **V.** | |
| **ABBOTT LABORATORIES, AND ABBOTT MOLECULAR INC.,** | |
| **DEFENDANTS,** | |
| **AND** | |
| **LUMINEX CORPORATION,** | |
| **INTERVENOR-DEFENDANT.** | |
| **ENZO LIFE SCIENCES, INC.** | **CIVIL ACTION NO. 12-275-LPS** |
| **PLAINTIFF,** | **JURY TRIAL DEMANDED** |
| **V.** | |
| **BECTON, DICKINSON AND COMPANY; BECTON DICKINSON DIAGNOSTICS INC.; AND GENEOHM SCIENCES, INC.** **DEFENDANTS.** | |

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
| **PLAINTIFF,** | **CIVIL ACTION NO. 12-105-LPS** |
| **V.** | **JURY TRIAL DEMANDED** |
| **LIFE TECHNOLOGIES CORPORATION,** | |
| **DEFENDANT.** | |
| | |
| **ENZO LIFE SCIENCES, INC.** | |
| **PLAINTIFF,** | **CIVIL ACTION NO. 12-106-LPS** |
| **V.** | **JURY TRIAL DEMANDED** |
| **ROCHE MOLECULAR SYSTEMS, INC., ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., AND ROCHE NIMBLEGEN, INC.,** | |
| **DEFENDANTS.** | |
| **ENZO LIFE SCIENCES, INC.** | |
| **PLAINTIFF,** | **CIVIL ACTION NO. 12-433-LPS** |
| **V.** | **JURY TRIAL DEMANDED** |
| **AFFYMETRIX, INC.,** | |
| **DEFENDANT.** | |

**ENZO LIFE SCIENCES, INC.**

    **PLAINTIFF,** | **CIVIL ACTION NO. 12-434-LPS**

    **V.** | **JURY TRIAL DEMANDED**

**AGILENT TECHNOLOGIES, INC.,**

    **DEFENDANT.**

---

**ENZO LIFE SCIENCES, INC.**

    **PLAINTIFF,** | **CIVIL ACTION NO. 12-435-LPS**

    **V.** | **JURY TRIAL DEMANDED**

**ILLUMINA, INC.,**

    **DEFENDANT.**

---

**ENZO LIFE SCIENCES, INC.**

    **PLAINTIFF,** | **CIVIL ACTION NO. 12-505-LPS**

    **V.** | **JURY TRIAL DEMANDED**

**SIEMENS HEALTHCARE
DIAGNOSTICS INC.,**

    **DEFENDANT.**

**ENZO LIFE SCIENCES, INC.**

     **PLAINTIFF,**                         **CIVIL ACTION NO. 12-276-LPS**

     **V.**                                 **JURY TRIAL DEMANDED**

**HOLOGIC, INC.,**

     **DEFENDANT.**

---

**ENZO LIFE SCIENCES, INC.**

     **PLAINTIFF,**                         **CIVIL ACTION NO. 12-104-LPS**

     **V.**                                 **JURY TRIAL DEMANDED**

**GEN-PROBE, INC.,**

     **DEFENDANT.**

## JOINT CLAIM CONSTRUCTION CHARTS

Pursuant to Paragraph 10 of the Court's February 21, 2014 Amended Scheduling Order and the parties' June 10, 2014 Joint Stipulations To Extend Time To File A Joint Claim Construction Statement Related To The Patents-in-Suit (granted on June 11, 2014), the parties submit the Joint Claim Construction Charts for U.S. Patent No. 6,992,180 ("the '180 Patent"), U.S. Patent No. 7,064,197 ("the '197 Patent"), and U.S. Patent No. 8,097,405 ("the '405 Patent") (collectively, "the Patents-in-Suit").  The charts, patents-in-suit and relevant portions of the intrinsic record relied upon are attached hereto (in order of patent number) as Exhibits A (A-1 to A-46), B (B-1 to B-96), and C (C-1 to C-61).

DATED:   June 12, 2014

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiff*

John M. Desmarais
Michael P. Stadnick
Jordan N. Malz
Peter C. Magic
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jmalz@desmaraisllp.com
pmagic@desmaraisllp.com

*Counsel for Plaintiff*

/s/ Richard L. Horwitz

Richard L. Horwitz (Bar No. 2246)
David Ellis Moore (Bar No. 3983)
Bindu A. Palapura (Bar No. 5370)
POTTER  ANDERSON  &  CORROON,
LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Abbott Laboratories and
Abbott Molecular Inc.*

James F. Hurst (admitted *pro hac vice*)
Maureen Rurka (admitted *pro hac vice*)
Elizabeth Thompson (admitted *pro hac
vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jhurst@winston.com
mrurka@winston.com
ejthompson@winston.com

Melinda Lackey (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2671
Facsimile: (713) 651-2700
mlackey@winston.com

*Attorneys  for  Abbott  Laboratories  and
Abbott Molecular Inc.*

2

*/s/ Denise S. Kraft*
Denise S. Kraft (DE No. 2778)
Brian A. Biggs (DE No. 5591)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-468-5700
Facsimile: 302-394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Luminex Corporation*

John Guaragna (*pro hac vice*)
DLA Piper LLP (US)
401 Congress Avenue
Suite 2500
Austin, TX 78701-3799
Telephone:(512) 457-7125
Facsimile: (512) 721-2325
john.guaragna@dlapiper.com

Stanley Panikowski (*pro hac vice*)
Erica Pascal (*pro hac vice*)
DLA Piper LLP (US)
401 B Street
Suite 1700
San Diego, CA 92101-4297
Telephone:(619) 699-2700
Facsimile: (619) 699-2701
stanley.panikowski@dlapiper.com
erica.pascal@dlapiper.com

*Attorneys for Luminex Corporation*

_/s/ Katharine C. Lester_
Frederick L. Cottrell, III (#2555)
Katharine C. Lester (#5629)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.corn
lester@rlf.com

*Attorneys for Becton Dickinson and
Company, Becton Dickinson Diagnostics
Inc., Geneohm Sciences Inc., Roche
Diagnostics Corporation, Roche
Diagnostics Operations, Inc., Roche
Molecular Systems Inc., and Roche
NimbleGen, Inc.*

William G. McElwain
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Robert J. Gunther, Jr.
Christopher R. Noyes
Omar A. Khan
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

William W. Kim
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

*Attorneys for Becton Dickinson and Company,
Becton Dickinson Diagnostics Inc., Geneohm
Sciences Inc., Roche Diagnostics Corporation,
Roche Diagnostics Operations, Inc., Roche*

3

*Molecular Systems Inc., and Roche NimbleGen, Inc.*

_/s/ Derek J. Fahnestock_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@rnnat.com
dfahnestock@mnat.corn

*Attorneys for Affymetrix Inc.*

Sean M. Boyle
Michael J. Malecek
Peter E. Root
KAYE SCHOLER LLP
sean.boyle@kayescholer.com
michael.malecek@kayescholer.corn
peter.root@kayescholer.com

*Attorneys for Affymetrix Inc.*

_/s/ Lauren E. Maguire_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Illumina Inc.*

Kevin M. Flowers
Mark H. Izraelewicz
Cullen N. Pendleton
Amanda K. Antons
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, Suite 6300
Chicago, IL 60606
(312) 474-6300

*Attorneys for Illumina Inc.*

_/s/ Derek J. Fahnestock_____
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Siemens Healthcare Diagnostics Inc.*

Nagendra Setty
George L. Kanabe
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street, The Orrick Building
San Francisco, CA 94105-2669
(415) 773-5700

Anthony C. Kuhlmann
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
(949) 567-6700

Ryan C. Micallef
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
*Attorneys for Siemens Healthcare Diagnostics Inc.*

4

  /s/ Karen Jacobs
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Life Technologies Corp.*

Ron E. Shulman
Terry Kearney
Michael R. Seringhaus
LATHAM &WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Jennifer R. Saionz
LATHAM &WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200

Ryan R. Owens
LATHAM &WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
(714) 540-1235

Jennifer Koh
LATHAM &WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
(858) 523-3949

Katherine Nolan-Stevaux
THERMO FISHER SCIENTIFIC INC.
850 Lincoln Centre Dr.
Foster City, CA 94404
(650) 554-3584

*Attorneys for Life Technologies Corp.*

  /s/ Derek J. Fahnestock
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
Ethan Townsend (#5813)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com
etownsend@mnat.com

*Attorneys for Agilent Technologies, Inc.*

  /s/ Wallace Wu
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
YOUNG CONAWAY STARGATT & TAYLOR
LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Gen-Probe Inc. and Hologic Inc.*

Matthew M. Wolf
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone: 202-942-5000
Facsimile: 202-942-5999
E-Mail: Matthew.Wolf@aporter.com

Jennifer Sklenar
Wallace Wu
Masanori Koresawa
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199
E-Mail: Jennifer.Sklenar@aporter.com
E-Mail: Wallace.Wu@aporter.com
E-Mail: Marty.Koresawa@aporter.com

*Attorneys for Gen-Probe Inc. and Hologic Inc.*

6