IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZO LIFE SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 12-274 (LPS) |
| | ) | |
| ABBOTT LABORATORIES, and ABBOTT MOLECULAR INC., | ) ) | |
| | ) | |
| Defendants; and | ) ) | |
| | ) | |
| LUMINEX CORPORATION; | ) ) | |
| | ) | |
| Intervening Defendant. | ) ) | |
| ENZO LIFE SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-275 (LPS) |
| | ) | |
| BECTON, DICKINSON AND COMPANY; BECTON DICKINSON DIAGNOSTICS INC.; and GENEOHM SCIENCES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| ENZO LIFE SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-276 (LPS) |
| | ) | |
| HOLOGIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ENZO LIFE SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-104 (LPS) |
| | ) | |
| GEN-PROBE, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-105 (LPS) |
| | ) |
| LIFE TECHNOLOGIES CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| ENZO LIFE SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-106 (LPS) |
| | ) |
| ROCHE MOLECULAR SYSTEMS, INC., ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., and ROCHE NIMBLEGEN, INC., | ) |
| | ) |
| Defendants. | ) |
| ENZO LIFE SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-433 (LPS) |
| | ) |
| AFFYMETRIX, INC., | ) |
| | ) |
| Defendant. | ) |
| ENZO LIFE SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-434 (LPS) |
| | ) |
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 12-435 (LPS) |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |
| ENZO LIFE SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-505 (LPS) |
| ) | |
| SIEMENS HEALTHCARE ) | |
| DIAGNOSTICS INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDED JOINT CLAIM CONSTRUCTION CHARTS

Pursuant to Paragraph 10 of the Court's February 21, 2014 Amended Scheduling Order and the parties' June 10, 2014 Joint Stipulations To Extend Time To File A Joint Claim Construction Statement Related To The Patents-in-Suit (granted on June 11, 2014), the parties submit the Amended Joint Claim Construction Charts for U.S. Patent No. 6,992,180 ("the '180 Patent"), U.S. Patent No. 7,064,197 ("the '197 Patent"), and U.S. Patent No. 8,097,405 ("the '405 Patent") (collectively, "the Patents-in-Suit"). The charts, patents-in-suit and relevant portions of the intrinsic record relied upon are attached hereto (in order of patent number) as Exhibits A (A-1 to A-50), B (B-1 to B-101), and C (C-1 to C-61).

Dated: July 29, 2014

Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON, LLP |
| /s/ Brian E. Farnan | /s/ Richard L. Horwitz |
| Brian E. Farnan (#4089) | Richard L. Horwitz (Bar No. 2246) |
| 919 North Market Street, 12th Floor | David Ellis Moore (Bar No. 3983) |
| Wilmington, DE 19801 | Bindu A. Palapura (Bar No. 5370) |
| (302) 777-0300 | Hercules Plaza, 6th Floor |
| (302) 777-0301 | 1313 N. Market Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19899-0951 |
| | Telephone: (302) 984-6000 |
| *Attorneys for Plaintiff Enzo Life Sciences, Inc.* | Facsimile: (302) 658-1192 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | |
| | *Attorneys for Abbott Laboratories and Abbott Molecular Inc.* |
| DLA Piper LLP (US) | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ Denise S. Kraft | /s/ Derek J. Fahnestock |
| Denise S. Kraft (DE No. 2778) | Jack B. Blumenfeld (#1014) |
| Brian A. Biggs (DE No. 5591) | Maryellen Noreika (#3208) |
| 1201 N. Market Street, Suite 1500 | Derek J. Fahnestock (#4705) |
| Wilmington, DE 19801 | Paul Saindon (#5110) |
| Telephone: 302-468-5700 | Ethan H. Townsend (#5813) |
| Facsimile: 302-394-2341 | 1201 North Market Street |
| denise.kraft@dlapiper.com | P.O. Box 1347 |
| brian.biggs@dlapiper.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Luminex Corporation* | jblumenfeld@mnat.com |
| | mnoreika@mnat.com |
| | dfahnestock@mnat.com |
| | psaindon@mnat.com |
| | etownsend@mnat.com |
| | |
| | *Attorneys for Defendant Agilent Technologies, Inc.* |

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | Ashby & Geddes |
| /s/ Derek J. Fahnestock | /s/ Lauren E. Maguire |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>mnoreika@rnnat.com<br>dfahnestock@mnat.com | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Affymetrix Inc.* | *Attorneys for Defendant Illumina Inc.* |
| Young, Conaway, Stargatt&Taylor LLP | Richards, Layton & Finger, PA |
| | /s/ Katharine C. Lester |
| /s/ Karen L. Pascale | Frederick L. Cottrell, III (#2555) |
| Karen L. Pascale (#2903)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>pkraman@ycst.com | Katharine C. Lester (#5629)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.corn<br>lester@rlf.com |
| *Attorneys for Defendants Hologic Inc. and Gen-Probe Incorporated* | *Attorneys for Defendants BectonDickinson and Company, BectonDickinson Diagnostics Inc., Geneohm Sciences Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc. and Roche NimbleGen, Inc.* |

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Karen Jacobs | /s/ Derek J. Fahnestock |
| Jack B. Blumenfeld (#1014) | Jack B. Blumenfeld (#1014) |
| Karen Jacobs (#2881) | Derek J. Fahnestock (#4705) |
| Michael J. Flynn (#5333) | 1201 North Market Street P.O. Box 1347 |
| 1201 North Market Street | Wilmington, DE 19899 |
| P.O. Box 1347 | jblumenfeld@mnat.com |
| Wilmington, DE 19899 | dfahnestock@mnat.com |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorneys for Siemens Healthcare* |
| kjacobs@mnat.com | *Diagnostics Inc.* |
| mflynn@mnat.com | |
| | |
| *Attorneys for Defendant Life Technologies Corporation* | |